## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | |
|---|---|
| **SAMUEL NEAL STRICKLAND** | **DOCKET NO. 2:25-CV-0357** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **FELIPE MARTINEZ, JR., ET AL** | **MAGISTRATE JUDGE LEBLANC** |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [Doc. 2], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that this *Bivens* action be DISMISSED WITH PREJUDICE under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), as frivolous and for failure to state a claim on which relief may be granted.

THUS DONE AND SIGNED in Chambers on this 24th day of October, 2025.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE